JOYCE L. CARRILLO
Law Office of Joyce L. Carrillo
P.O. Box 309
Mountain Ranch, CA 95246
(209) 754-5156 (voice)
(209) 754-0822

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S., a minor, by and through Rita S., his Guardian Ad Litem, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STANISLAUS COUNTY OFFICE OF EDUCATION, et al., <br><br> Defendants. | No. CIV F-02-5631 REC DLB <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE <br><br> Date of Mediation: July 6, 2005 <br> Time of Mediation: 9:00 a.m. |

The parties to the above-entitled action, by and through their respective attorneys of record, JOYCE L. CARRILLO for plaintiffs and JEFFREY R. OLSON for defendants, hereby stipulate that the Status Conference currently scheduled for July 25, 2005, at 9:15 a.m. in Courtroom 5 (DLB), before Magistrate Judge Dennis L. Beck, be continued to August 4, 2005 at 9:00 a.m. Grounds for the continuance are twofold: 1) Ms. Carrillo is out of the State on July 25, 2005, and 2) Mediation has been held on July 6, 2005, and the parties are scheduled to continue mediation on July 26, 2005.

DATED_____//s//_____
JOYCE L. CARRILLO
Attorney for Plaintiffs

1

49912/00002-844614.v1

1
2          DATED_____//s//_____
                                    JEFFREY R. OLSON
3                                   Attorney for Defendants
4
5
6
                              IT IS SO ORDERED.
7
           **Dated:    July 19, 2005              /s/ Dennis L. Beck**
8                       3c0hj8UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

49912/00002-844614.v1