JOYCE L. CARRILLO
Law Office of Joyce L. Carrillo
P.O. Box 309
Mountain Ranch, CA 95246
(209) 754-5156 (voice)
(209) 754-0822

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S., a minor, by and through Rita S., his Guardian Ad Litem, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> STANISLAUS COUNTY OFFICE OF EDUCATION, et al., <br><br> Defendants. | No. 1: 02 CV 5631 REC DLB <br><br> ORDER APPROVING MINORS' COMPROMISE, SETTLEMENT AND RELEASE. |

Petitioner JOYCE L. CARRILLO, on behalf of Rita S., Tracy F., and Kathi R., all Guardians ad Litem on behalf of the minors and plaintiffs herein, CHRISTOPHER S., ROBERT F., and JUSTIN R., has petitioned for court approval of a proposed compromise, settlement and release of a pending action involving the minors and a proposed disposition of the proceeds of a disputed claim for all three minors. No hearing was requested. This Order is based on the Motion for Approval of Minors' Compromise, Settlement and Release and the Declarations contained therein.

All claimants are minor children. The action to be compromised is asserted against all defendants in this action.

1

The court finds that all notices required by law have been given.

THE COURT ORDERS:

1. The petition is granted and the proposed disposition of the proceeds of the claim is approved. The gross amount or value of the settlement in favor of the minors is $130,007.37.

2. The payer(s) shall disburse the proceeds of the settlement approved by this order in the following manner:

<u>Christopher S</u>.:  Defendants shall make a cash disbursement of $35,000 to Joyce L. Carrillo to be held in trust for Christopher S. in her Trust Account located at Central State Credit Union, San Andreas, CA.  Once Christopher S.'s parents move to Austin, Texas, parents shall retain an attorney in that city to establish a Special Needs Trust for Christopher S. Once said trust is established, Ms. Carrillo is ordered to disburse the sum of $35,000 in check form made out to the formal trust name as advised by the Texas attorney and mailed directly to the financial institution in which said Trust proceeds shall be held. Subsequently, Ms. Carrillo shall provide proof to the court that said monies have been appropriately disbursed.

<u>Justin R. and Robert F</u>:  There will be no cash disbursement to these plaintiffs. Defendants shall contract with the B.E.S.T. program in early September 2005 for assessments of these minors' educational and functional needs. Once those assessments have been completed defendants shall contract with the B.E.S.T. program to provide the following:

<u>Justin R</u>.:       Nine (9) months consecutive in-home autism program services to be provided by B.E.S.T., for 10-20 hours per week, to address functional, behavioral and educational needs. Value of said program is $25,125.03.

<u>Robert F</u>.:      Two (2) months consecutive in-home autism program services to be provided by B.E.S.T., for 10-20 hours per week, to address functional, behavioral and educational needs. Value of said program is $5,583.34.

1  <u>Attorney's fees</u>:  Payer(s) shall pay as and for attorney's fees and costs, the sum of
2  $64,299.00 made to the order of Joyce L. Carrillo and mailed to P.O. Box 309, Mountain Ranch,
3  CA.
4      3.    The Guardians ad Litem are authorized to execute the Settlement and Release
5  documents as follows:
6      The Guardians ad Litem are authorized and directed to execute any and all documents
7  reasonably necessary to carry out the terms of the settlement.
8      4.    Upon receipt of all sums and disbursement into the appropriate accounts,
9  plaintiffs, by and through their attorney of record, shall dismiss this action with prejudice.

11  DATED: August 16, 2005

13                                                                /s/ Dennis L. Beck
14                                                               DENNIS L. BECK
                                                         United States Magistrate Judge