JOYCE L. CARRILLO
Law Office of Joyce L. Carrillo
P.O. Box 309
Mountain Ranch, CA 95246
(209) 754-5156 (voice)
(209) 754-0822

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER S., a minor, by and through Rita S., his Guardian Ad Litem, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>STANISLAUS COUNTY OFFICE OF EDUCATION, et al.,<br><br>Defendants. | No. CIV F-02-5631 REC DLB<br><br>DISMISSAL AND ORDER THEREON |

Pursuant to the Settlement Agreement and Release signed by all parties and Order Approving Minors' Compromise, Settlement and Release signed by this court, plaintiffs CHRISTOPHER S., ROBERT F., and JUSTIN R., by and through their attorney of record, JOYCE L. CARRILLO, hereby request dismissal of the above-captioned matter with prejudice.

DATED:  September 12, 2005

                                                    _____/s/_____
                                                      JOYCE L. CARRILLO
                                                      Attorney for Plaintiffs

1

PDF created with pdfFactory trial version www.pdffactory.com

1   GOOD CAUSE APPEARING HEREIN, IT IS ORDERED that this case be and is
2   dismissed with prejudice pursuant to Fed.R.Civ.Pro. 41(a)(1).
3
4   DATED:___September 13, 2005_____
5
6                                        /s/ ROBERT E. COYLE
                                             ROBERT E. COYLE
7                                        United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com